429 A.2d 764

Commonwealth v. Rodgers, Appellant.

646

Submitted June 9, 1980. Douglas Breidenbach, Assistant Public Defender, for appellant; Joseph Hylan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.

HESTER, J. filed a memorandum concurring opinion in which VAN der VOORT, J., joined.